UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 2:19-cr-00096 |
| v. | ) | Hon. J. Ronnie Greer, Sr. USDJ |
| | ) | Hon. Cynthia R. Wyrick, USMJ |
| | ) | |
| William Roger Woodie, *et al.* | ) | |

## NOTICE OF WITHDRAWAL MOTION

The Defendant **CARL FRANKLIN BLANKENSHIP,** by undersigned counsel, hereby gives notice of withdrawal of his motion to appoint substitute counsel [RE 634; PageID #: 3379]. This is without prejudice to this Defendant's right to renew his motion should a need arise. This Defendant waives his right to appear in person or by video at the hearing scheduled on this pending motion.

Respectfully submitted,

s/ Francis L. Lloyd, Jr.
LAW OFFICE OF FRANCIS L. LLOYD, JR.
9111 Cross Park Drive, Suite D-200
Knoxville, TN 37923
tel: (865) 470-4077
fax: (865) 978-6504
E-Mail: FLLloydJr@gmail.com
  *Counsel for Carl Franklin Blankenship*

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/ Francis L. Lloyd, Jr.

2