UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CARL FRANKLIN BLANKENSHIP, ) <br> ) <br> Defendant. ) | 2:19-CR-96 |

**ORDER**

Defendant has filed a Notice [Doc. 645] withdrawing his Motion to Appoint Counsel [Doc. 634]. Therefore, the hearing set before the undersigned for Monday, January 11, 2021 at 1:00 p.m. to address the withdrawn Motion [Doc. 634] is **CANCELLED**.

SO ORDERED:

s/Cynthia Richardson Wyrick
United States Magistrate Judge